# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEVIN GARRETT,

               Petitioner,     :     Case No. 3:19-cv-191

- vs -

                                     District Judge Walter H. Rice
                                     Magistrate Judge Michael R. Merz

Warden,
  Toledo Correctional Institution,

                                     :

               Respondent.

## RECOMMITTAL ORDER

This habeas corpus case, brought *pro se* by petitioner Devin Garrett, is before the Court on Petitioner's Objections (ECF No. 6) to the Magistrate Judge's Report and Recommendations recommending dismissal of the Petition.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

August 16, 2019.

                                                        Walter H. Rice
                                                 United States District Judge