IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEVIN GARRETT,

        Petitioner,

   - vs -

Warden,
  Toledo Correctional Institution,

        Respondent.

Case No. 3:19-cv-191

District Judge Walter H. Rice
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This habeas corpus case, brought *pro se* by petitioner Devin Garrett, is before the Court on Petitioner's Objections (ECF No. 20) to the Magistrate Judge's Report and Recommendations recommending dismissal of the Petition (ECF No. 19).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

December 20, 2019.

                                                          Walter H. Rice
                                            United States District Judge